July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MARK ANTHONY PERRY, Appellant

NO. 14-13-00519-CR                                V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.